# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

LEONARD REEL,                          : No. 71 EM 2014
                                       :
                 Petitioner            :
                                       :
                                       :
          v.                           :
                                       :
                                       :
COURT OF COMMON PLEAS OF               :
PHILADELPHIA,                          :
                                       :
                 Respondent            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2014, the Application for Leave to File Original Process is **GRANTED**. To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED**. To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED**. The Court of Common Pleas of Philadelphia County is directed to adjudicate Petitioner's petition for writ of *habeas corpus* within 90 days of this order.